702 A.2d 690

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**Edith H. HULL–JOHNSON, Respondent.**

**Misc. Docket AG, No. 63, Sept. Term, 1997.**

Court of Appeals of Maryland.

Nov. 13, 1997.

## *ORDER*

This matter came before the Court on the Joint Petition for Public Reprimand by Consent of the Attorney Grievance

Commission of Maryland and Respondent, Edith H. Hull–Johnson, to reprimand the Respondent. The Court, having considered the petition, it is this 13th day of November, 1997

ORDERED that the Respondent, Edith H. Hull–Johnson, be and she is hereby reprimanded for violations of the Maryland Rules of Professional Conduct.